ARNOLD GLICK, ET AL., PLAINTIFFS-RESPONDENTS, v. WM. H. RADEMAEKERS & SONS, DEFENDANT-PETITIONER.

See same case below: 1 *N. J. Super.* 308; 64 *A.* 2d 358.

*Mr. Meyer M. Semel* for the petitioner.

*Mr. Samuel A. Larner* for the respondents.

June 30, 1949.  Denied.

JOHN S. WESTERVELT'S SONS, PLAINTIFFS-RESPONDENTS, v. JEAN C. G. CASSEL VAN DOORN, ET AL., DEFENDANTS-PETITIONERS.

See same case below: 3 *N. J. Super.* 308;  63 *A.* 2d 818;  65 *A.* 2d 776.

*Messrs. Eichmann & Seiden* and *Mr. Maurice C. Brigadier* for the petitioners.

*Messrs. Huckin & Huckin* and *Mr. L. Stanley Ford* for the respondents.

June 30, 1949.  Denied.